# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the matter of: | **Case No.:** 05-33776-dof |
| Julian Perez and Jeanette Perez | **Chapter 13 Proceedings** |
| **Debtor(s).** | **Judge Daniel Opperman** |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Benton, Benton, & Benton | 3 | 8 | Unsecured | 709100 | $1.90 |

Dated: May 25, 2010

                                                ___/s/Carl L. Bekofske____
                                                Carl L. Bekofske,
                                                Standing Chapter 13 Trustee
                                                510 W. Court Street
                                                Flint, MI  48503
                                                Telephone:  (810) 238-4675
                                                Fax:  (810) 238-4712
                                                Email: ECF@flint13.com
                                                P10645